# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

AARON ALARCON-CASTANEDA,

        Defendant.

Case No. CR20-217 JCC

DETENTION ORDER

Offenses charged:

    Count 1:    Conspiracy to Distribute Controlled substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

    Count 2:    Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Date of Detention Hearing: On April 28, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Mr. Alarcon-Castaneda, due to the exigent circumstances as outlined in General Order 6-21.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e). Mr. Alarcon-Castaneda has not overcome that allegation.

2. Mr. Alarcon-Castaneda poses a risk of nonappearance due to the lack of information regarding his personal history and ties to this district and his reported family ties to Mexico. Mr. Alarcon-Castaneda poses a risk of danger due to the nature of the charged offenses, including allegations of violence. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Alarcon-Castaneda's appearance at future court hearings while addressing the danger to other persons or the community.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Alarcon-Castaneda as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Alarcon-Castaneda shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Alarcon-Castaneda shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Alarcon-

Castaneda is confined shall deliver Mr. Alarcon-Castaneda to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Alarcon-Castaneda, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 28th day of April, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge