THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>AARON ALARCON-CASTANEDA,<br><br>                Defendant. | CASE NO. CR20-0217-JCC-3<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to withdraw and substitute counsel (Dkt. No. 289). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Keith A. MacFie and Mario Rivas may withdraw and Emily M. Gause may act as new counsel for Defendant.

DATED this 11th day of January 2022.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Sandra Rawski
                                        Deputy Clerk

MINUTE ORDER
CR20-0217-JCC-3
PAGE - 1